**J. R. LOGAN, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 28616.

Court of Criminal Appeals of Texas.

Nov. 21, 1956.

On Motion for Rehearing Dec. 12, 1956.

No attorney for appellant of record on appeal.

E. T. Miller, Harold D. Sanderson, Amarillo, for appellant on rehearing.

Guy Hardin, County Attorney, Wheeler, and Leon B. Douglas, State's Atty., Austin, for the State.

DAVIDSON, Judge.

Aggravated assault is the offense.

This appeal is from the judgment of the trial court based on the jury's verdict assessing punishment at twelve months in jail.

The record is before us without a statement of facts or bills of exception. Nothing is presented for review.

The judgment is affirmed.

On Appellant's Motion for Rehearing

DAVIDSON, Judge.

In connection with and as a part of his motion for rehearing herein, appellant pre-sents the joint request by him and the state that the appeal in this case be dismissed.

No good reason appearing why the request should not be granted, it is granted.

Appellant's motion for rehearing is granted, the judgment of affirmance is set aside, and the appeal is now dismissed.